FILED
February 20, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>Robert James Labella,<br><br>        Defendant. | Case No. 2:08-cr-47 GEB<br><br>ORDER ~~FOR~~ OF RELEASE<br>~~OF PERSON IN CUSTODY~~ |

TO:   UNITED STATES MARSHAL:

This is to authorize ~~and direct you to~~ the ongoing release Robert James Labella   Case 2:08-cr-47 GEB ~~from custody~~ subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    X    Release on Personal Recognizance

    \_    Bail Posted in the Sum of _____

    \_    Unsecured bond in the amount of.

    \_    Appearance Bond with 10% Deposit

    \_    Appearance Bond secured by Real Property

    \_    Corporate Surety Bail Bond

    X    (Other) Court supervision; no new crimes. Defendant ordered to open no new lines of credit; no discussion of pending case with defendant's former wife, Kimberly Labella.

Issued at Sacramento, CA on 2/20/08 at 2:15 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge