1  KRESTA NORA DALY, SBN 199689
   Rothschild Wishek & Sands, LLP
2  901 F Street, Suite 200
3  Sacramento, CA 95814

4  Attorney for Robert James LaBella

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           ) Case No.: 2:08-CR-00047-GEB
                                       )
12          Plaintiff,                 ) STIPULATION AND ORDER
                                       )
13     v.                              ) DATE:  April 25, 2008
                                       ) TIME:  9:00 a.m.
14 ROBERT JAMES LaBELLA,               ) JUDGE: Honorable Garland E.
                                       )        Burrell, Jr.
15          Defendants.                )
16 ─────────────────────────────────────)

17      It is hereby stipulated and agreed to between the United

18 States of America through KYLE REARDON, Assistant U.S. Attorney,

19 and defendant, ROBERT JAMES LaBELLA, through his counsel, KRESTA

20 DALY, that the status conference of April 25, 2008 be vacated

21 and that a status conference be set for June 6, 2008 at 9:00

22 a.m.

23      This continuance is being requested because the discovery

24 in this case is voluminous and has required a substantial amount

25 of time for defense counsel to review the discovery.

26 Additionally the parties are actively engaged in efforts to

27 resolve this matter.

28

                                    1

The parties request that speedy trial time be excluded from the date of this order through the date of the status conference set for June 6, 2008 pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: April 21, 2008         Respectfully submitted,


                              s/Kresta Daly_____
                              KRESTA DALY
                              Attorney for Robert James LaBella



                              s/Kresta Daly_____
DATED: April 21, 2008         KYLE REARDON
                              Assistant United States Attorney



**O R D E R**

**IT IS SO ORDERED.**

DATED: April 22, 2008


                              _____
                              GARLAND E. BURRELL, JR.
                              United States District Judge

2