McGREGOR W. SCOTT
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. S-08-0047 GEB |
| | ) |
| Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED] |
| v. | ) ORDER CONTINUING TRIAL |
| | ) |
| ROBERT JAMES LABELLA, | ) Time: 9:00 am |
| | ) Date: Tuesday, October 21, 2008 |
| Defendant. | ) Court: Hon. Garland E. Burrell |
| | ) |

The parties request that the trial currently set to start on Tuesday, October 21, 2008, at 9:00 a.m., be continued to Tuesday, January 13, 2009, at 9:00 a.m., and stipulate that the time beginning October 21, 2008, and extending through January 13, 2009, should be excluded from the calculation of time under the Speedy Trial Act.  18 U.S.C. § 3161.

The parties are currently preparing for trial.  Due to the nature of the case, the availability of witnesses, and other scheduled matters at the end of 2008, the parties need additional time for preparation.

Accordingly, the parties believe that the continuance should

1

1  be excluded from the calculation of time under the Speedy Trial
2  Act.  The additional time is necessary to ensure effective
3  preparation, taking into account the exercise of due diligence.
4  18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4.  The interests of
5  justice served by granting this continuance outweigh the best
6  interests of the public and the defendant in a speedy trial.  18
7  U.S.C. § 3161(h)(8)(A).
8       The parties request that the Trial Confirmation Hearing be
9  set for Friday, December 12, 2008, at 9:00 a.m..

                                        Respectfully Submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney


DATED: June 20, 2008            By:    _/s/ Kyle Reardon_
                                        KYLE REARDON
                                        Assistant U.S. Attorney



DATED: June 20, 2008            By:    _/s/ Kyle Reardon_ for
                                        KRESTA DALY
                                        Attorney for the Defendant

2

**<u>ORDER</u>**

The trial in case number S-08-0047 GEB, currently set to start on October 21, 2008, at 9:00 a.m., is continued to Tuesday, January 13, 2009, at 9:00 a.m., and the time beginning October 21, 2008, and extending through January 13, 2009, is excluded from the calculation of time under the Speedy Trial Act in accordance with 18 U.S.C. § 3161 and Local Code T4.

The Trial Confirmation Hearing is set for Friday, December 12, 2008, at 9:00 a.m..

IT IS SO ORDERED.

Dated:   June 30, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

3