```
KRESTA NORA DALY, SBN 199689
Rothschild Wishek & Sands, LLP
901 F Street, Suite 200
Sacramento, CA 95814

Attorney for Robert James LaBella
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:08-CR-00047-GEB |
| Plaintiff, | STIPULATION AND ORDER |
| v. | DATE: January 16, 2009 |
| | TIME: 9:00 a.m. |
| ROBERT JAMES LaBELLA, | JUDGE: Honorable Garland E. Burrell, Jr. |
| Defendants. | |

It is hereby stipulated and agreed to between the United States of America through KYLE REARDON, Assistant U.S. Attorney, and defendant, ROBERT JAMES LaBELLA, through his counsel, KRESTA DALY, that the status conference of January 16, 2009 be vacated and that a status conference be set for February 20, 2009 at 9:00 a.m.

This continuance is being requested because the discovery in this case is voluminous and has required a substantial amount of time for defense counsel to review the discovery. Additionally the parties are actively engaged in efforts to resolve this matter.  The parties have had recent meetings and

are hopeful that they are very close to a mutually acceptable resolution.

The parties request that speedy trial time be excluded from the date of this order through the date of the status conference set for February 20, 2009 pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED:  January 9, 2009          Respectfully submitted,


                                  s/Kresta Daly_____
                                  KRESTA DALY
                                  Attorney for Robert James LaBella



                                  s/Kresta Daly_____
DATED:  January 9, 2009          KYLE REARDON
                                  Assistant United States Attorney



**O R D E R**

**IT IS SO ORDERED.**


DATED: January 16, 2009


                                  _____
                                  GARLAND E. BURRELL, JR.
                                  United States District Judge