```
1  KRESTA NORA DALY, SBN 199689
   Rothschild Wishek & Sands, LLP
2  901 F Street, Suite 200
   Sacramento, CA 95814
3
4  Attorney for Robert James LaBella
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:08-CR-00047-GEB |
| Plaintiff, | ) STIPULATION AND ORDER |
| v. | ) DATE:  February 20, 2009 |
| | ) TIME:  9:00 a.m. |
| ROBERT JAMES LaBELLA, | ) JUDGE: Honorable Garland E. |
| | )        Burrell, Jr. |
| Defendants. | ) |

It is hereby stipulated and agreed to between the United States of America through KYLE REARDON, Assistant U.S. Attorney, and defendant, ROBERT JAMES LaBELLA, through his counsel, KRESTA DALY, that the status conference of February 20, 2009 be vacated and that a status conference be set for March 27, 2009 at 9:00 a.m.

This continuance is being requested because the discovery in this case is voluminous and has required a substantial amount of time for defense counsel to review the discovery. Additionally the parties are actively engaged in efforts to resolve this matter.  The parties have had recent meetings and

are hopeful that they are very close to a mutually acceptable resolution.

    The parties request that speedy trial time be excluded from the date of this order through the date of the status conference set for March 27, 2009 pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: February 18, 2009    Respectfully submitted,


                                      s/Kresta Daly
                                      KRESTA DALY
                                      Attorney for Robert James LaBella


                                      s/Kresta Daly
DATED: February 18, 2009    KYLE REARDON
                                      Assistant United States Attorney


**O R D E R**

**IT IS SO ORDERED.**

DATED: 2/26/09

                                      HONORABLE GARLAND E. BURRELL, JR.