KRESTA NORA DALY, SBN 199689
Rothschild Wishek & Sands, LLP
901 F Street, Suite 200
Sacramento, CA 95814

Attorney for Robert James LaBella

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:08-CR-00047-GEB |
| Plaintiff, | AMENDED STIPULATION AND ORDER |
| v. | DATE: March 27, 2009 |
| | TIME: 9:00 a.m. |
| ROBERT JAMES LaBELLA, | JUDGE: Honorable Garland E. Burrell, Jr. |
| Defendants. | |

It is hereby stipulated and agreed to between the United States of America through KYLE REARDON, Assistant U.S. Attorney, and defendant, ROBERT JAMES LaBELLA, through his counsel, KRESTA DALY, that the status conference of March 27, 2009 be vacated and that a status conference be set for April 17, 2009 at 9:00 a.m.

This continuance is being requested because the discovery in this case is voluminous and has required a substantial amount of time for defense counsel to review the discovery. Additionally the parties are actively engaged in efforts to resolve this matter. The parties have had recent meetings and

1

are hopeful that they are very close to a mutually acceptable resolution.

The parties request that speedy trial time be excluded from the date of this order through the date of the status conference set for April 17, 2009 pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: March 24, 2009   Respectfully submitted,

                                                                s/Kresta Daly
                                                                KRESTA DALY
                                                                Attorney for Robert James LaBella

DATED: March 24, 2009            s/Kresta Daly
                                             KYLE REARDON
                                             Assistant United States Attorney

**O R D E R**

**IT IS SO ORDERED.**

DATED: March 25, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge